AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

USA

v.

William Gurka

APPEARANCE

CASE NUMBER: 1:07 M63A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

William Gurka

I certify that I am admitted to practice in this court.

7-2-07
Date

Signature

William C Dimitri 3129
Print Name Bar Number

462 Broadway
Address

Prov RI 02909
City State Zip Code

273-9092 331-1898
Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.