IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) No. 1:07-M-063 A
)
WILLIAM GURKA )

SECOND MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Kenneth P. Madden, Assistant United States Attorney, and moves to exclude the period of August 24, 2007 through September 22, 2007 from the thirty-day period within which an indictment or information must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this motion, the government states as follows:

1. Counsel for the government and for the defendant have engaged in plea negotiations which will likely lead to a prompt resolution of the matter by way of information, thereby conserving judicial resources.

2. Counsel for the government is in the process of drafting a proposed information and a proposed plea agreement. Defendant’s counsel will need some period of time to review and discuss the documents with the defendant.

3. In a meeting between government's counsel and defendant's counsel on August 14, 2007, defendant's counsel agreed to this motion.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh both the interest of the defendant and the interest of the public in a speedy indictment and/or trial.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680

# CERTIFICATION

I hereby certify that on the 21th day of August, 2007, I electronically filed and served the Within Second Motion To Exclude Time Under The Speedy Trial Act to:

William C. Dimitri, Esq.
Law Offices
462 Broadway
Providence, RI 02909

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Kenneth P. Madden
Kenneth P. Madden
Assistant U. S. Attorney
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5054
401-709-5001 (fax)
kenneth.madden@usdoj.gov
R. I. Bar # 1680